UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALGERE JONES,

Supervisee.

No. 11-cr-933-2 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Supervisee's motion for early termination of supervised release, which the government does not oppose. (Doc. No. 139). On the recommendation of the U.S. Probation Office – and in light of Supervisee's positive adjustment to the community, compliance with the terms of his supervised release, and current medical condition – IT IS HEREBY ORDERED THAT Supervisee's term of supervised release is terminated. The Court extends its best wishes to Mr. Jones and his family. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 139.

SO ORDERED.

Dated:      May 24, 2023
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation