# *Kirton Law Firm*

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Ave. Suite 305*
*Hempstead, N.Y. 11550*
*Tel # (516) 833 - 5617*
*Fax # (516) 833 - 5620*

June 23, 2023

EX PARTE
VIA ELECTRONIC FILING

Hon. Richard J. Sullivan
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: *US v. Garcia*, 11 cr. 933 (RJS)

Dear Judge Sullivan:

    I represent Algere Jones in the above-referenced matter. I filed a motion for Early Termination of his supervised release on May 21, 2023. This Court granted the motion on May 24, 2023. I represented Mr. Jones under the Criminal Justice Act (CJA). I request that I be reappointed to represent Mr. Jones nunc pro tunc to April 9, 2023. I researched and filed his motion, and this reappointment will allow me to apply for compensation from the CJA Panel.

    Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

cc: Emily Deininger, Assistant United States Attorney (via electronic filing)

```
Counsel's reappointment request is GRANTED.  IT IS
HEREBY ORDERED THAT Marlon G. Kirton, Esq. is
reappointed to represent Mr. Jones nunc pro tunc to
April 9, 2023.  The Clerk of Court is respectfully
directed to terminate the motion at Doc. No. 141.


SO ORDERED                      _____
June 26, 2023                   RICHARD J. SULLIVAN
                                United States Circuit Judge
                                Sitting by Designation
```